**Jay A. Kohler**
**Attorney at Law**
**482 Constitution Way, Suite 313**
**Idaho Falls, Idaho 83402-3537**
**Telephone: (208)-524-3272**
**Fax No.: (208)-524-3619**
**State Bar No. 1749**

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| **In Re:** | ) | **Case No.  17-40999-JDP** |
| | ) | |
| **ALL TERRAIN LLC,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## MOTION FOR APPROVAL TO PURCHASE ASSETS

COMES NOW All Terrain, LLC, debtor in possession, and move the court pursuant to Sec. 363 (b)(1) and Sec. 1107, for approval to purchase certain assets from Gary Rainsdon, Trustee in the Hathaway Homes Group, LLC Chapter 7 bankruptcy, Case No. 17-40992.  The proposed purchase and sale agreement is attached hereto as Exhibit 1.  Said proposed agreement sets forth a description of the assets All  Terrain desires to purchase and the terms and conditions of the purchase.

All Terrain is in the business of transporting, setting up and repairing manufactured homes and RVs.  To more effectively carry on this business and thus to adequately reorganize and perform under the terms of its proposed Chapter 11 Plan, it needs the vehicles, equipment, tools and inventory of parts it seeks approval to purchase from the Trustee.  For example, the semi-truck is needed to physically transport manufactured homes.  The other two vehicles are needed as support vehicles.

Prior to filing its bankruptcy herein, All Terrain owned and used in the operation of its

MOTION FOR APPROVAL TO PURCHASE ASSETS - 1

business the vehicles described in the attached agreement. Just prior to filing its bankruptcy All Terrain transferred the titles to these vehicles to Hathaway Homes Group, LLC, thinking it might better help Hathaway Homes Group better reorganize in its planned Chapter 11 bankruptcy filing. However, the Hathaway Homes Group, LLC bankruptcy was converted to a Chapter 7. Now, All Terrain desires to buy back the vehicles.

Prior to filing its bankruptcy herein, All Terrain was allowed to use Hathaway Homes Group's miscellaneous tools and equipment, and repair parts, to carry on its business of transporting, setting up and repairing manufactured homes and RVs. All Terrain and Hathaway Homes Group, LLC were affiliate companies and worked in cooperation with one another in the manufactured home industry. The two companies were both exclusively owned by Paul and Mikki Hathaway.

All Terrain is very familiar with the assets sought to be purchased from the Trustee. All Terrain believes that the total price of $25,000.00 is much less than if it were to purchase said items piecemeal from various vendors.

All Terrain has the funds on hand to pay the purchase price in full. It will not need to obtain any financing to effect the purchase.

The desired assets will greatly increase All Terrain's ability to expand its business and increase the feasibility of successfully reorganizing and performing under its proposed Chapter 11 Plan.

All Terrain asserts that allowing the purchase would be in the best interests of all creditors and interested parties.

DATED this 10th day of May, 2018.

           /s/ Jay A. Kohler
           Jay A. Kohler
           Attorney for Debtor

MOTION FOR APPROVAL TO PURCHASE ASSETS - 2

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY on May 10, 2018, I filed the foregoing electronically through the CM/ECF system, which lists the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

Mary P. Kimmel @ ustp.region18.bs.ecf@usdoj.gov

Daniel C. Green, Esq., Attorney for TAG Lending, LLC  @ dan@racinelaw.net

Robert J. Maynes, Esq., Attorney for Paul and Mikki Hathaway @ mayneslaw@hotmail.com

William R. Forsberg, Esq., Attorney for Wade Hathaway - @ forsbergw@cableone.net

Jason R. Naess, Esq., Attorney for Gary L. Rainsdon, Trustee, @ jason@pmy.org

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid, addressed as follows:

Internal Revenue Service, ATTN:  Julie Jones, Insolvency Group Manager, 50 S. 200 E., M/S 5021-SLC, Salt Lake City, UT 84111

Mark W. Buckwalter, Esq., Buckwalter Law Firm, Attorney for Kenneth Dale and Audrey Lynn, Wallace, 40 2nd St. E., Ste. 222, Kalispell, MT 59901

Rigby, Andrus & Rigby, PLLC, ATTN:  Hyrum Erickson, Esq., Attorneys for Creditor, Robert, Edwards, 25 N. 2nd E., Rexburg, ID  83440

TAG Lending LLC, P. O. Box 4689, Logan, UT 84323-4689

ALL TERRAIN LLC, c/o Paul J. Hathaway, 335 N. 2149 E., St. Anthony, ID  83445


                                                   /s/ Cindy Harris
                                                   Cindy Harris