**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re: ALL TERRAIN LLC    §    Case No. 17-40999
                                        Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>R. Sam Hopkins</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Court Clerk<br>
801 E. Sherman Street<br>
Room 119<br>
Pocatello, ID 83201

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>04/26/2021</u>                 By: /s/ R. Sam Hopkins
                                                                       Trustee

R. Sam Hopkins
P O Box 3014
Pocatello, ID 83206
(208) 478-7978

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re: ALL TERRAIN LLC § Case No. 17-40999
§
§
§
Debtor(s)

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| | The Final Report shows receipts of: | $ 843,123.99 |
| | and approved disbursements of: | $ 96,777.58 |
| | leaving a balance on hand of[1]: | $ 746,346.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---:|
| | Total to be paid to secured creditors: | $ 0.00 |
| | Remaining balance: | $ 746,346.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - R. Sam Hopkins | 43,629.97 | 0.00 | 43,629.97 |
| Trustee, Expenses - R. Sam Hopkins | 491.14 | 0.00 | 491.14 |
| Auctioneer Fees - PRIME TIME AUCTIONS | 0.00 | 0.00 | 0.00 |
| Fees, United States Trustee | 975.00 | 0.00 | 975.00 |
| Attorney for Trustee Fees (Other Firm) - SPINNER, WOOD, AND SMITH | 37,923.50 | 37,923.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - SPINNER, WOOD, AND SMITH | 328.55 | 328.55 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - JORDAN & COMPANY, CHARTERED | 393.80 | 393.80 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - JORDAN & COMPANY, CHARTERED | 29.30 | 29.30 | 0.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - JILL KJORSTAD | 4,800.00 | 4,800.00 | 0.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - PAUL BLASKOVITCH | 9,360.00 | 9,360.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 45,096.11 |
| Remaining balance: | $ | 701,250.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Special Counsel Fees (Chapter 11) - JAY KOHLER Retainer: $15,000.00 | 38,377.28 | 0.00 | 23,377.28 |
| Attorney for D-I-P Expenses (Chapter 11) - JAY KOHLER | 761.71 | 0.00 | 761.71 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - BRYAN SNARR | 3,410.60 | 0.00 | 3,410.60 |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 27,549.59 |
| Remaining balance: | $ | 673,700.71 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,268.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | DEPT OF THE TREASURY | 21,221.81 | 0.00 | 21,221.81 |
| 4 | KENNETH AND AUDREY WALLACE | 0.00 | 0.00 | 0.00 |
| 8 | IDAHO STATE TAX COMMISSION | 47.00 | 0.00 | 47.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 21,268.81 |
| Remaining balance: | $ | 652,431.90 |

**UST Form 101-7-NFR (10/1/2010)**

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $3,944,839.19 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | TAG LENDING, LLC | 3,860,984.70 | 0.00 | 638,563.32 |
| 5 | ROBERT EDWARDS | 0.00 | 0.00 | 0.00 |
| 6 | IDAHO STATE INSURANCE FUND | 606.48 | 0.00 | 100.30 |
| 7 | HATHAWAY HOMES GROUP, LLC | 83,248.01 | 0.00 | 13,768.28 |

    Total to be paid for timely general unsecured claims:    $    652,431.90
    Remaining balance:    $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardily filed general unsecured claims:    $    0.00
    Remaining balance:    $    0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $6,355.49 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1Z | INTERNAL REVENUE SERVICE | 2,225.12 | 0.00 | 0.00 |
| 3 | US DEPT OF TREASURY | 4,130.37 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $              0.00
Remaining balance:  $              0.00


Prepared By: /s/ R. Sam Hopkins
                            Trustee

R. Sam Hopkins
P O Box 3014
Pocatello, ID 83206
(208) 478-7978


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

District of Idaho

In re:  
All Terrain LLC  
      Debtor

Case No. 17-40999-JMM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0976-4      User: admin      Page 1 of 2  
Date Rcvd: Apr 27, 2021      Form ID: pdf015      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | All Terrain LLC, 335 N 2149 E, St Anthony, ID 83445-5625 |
| 5041001 | | Atlantic Casualty Insurance, c/o Brown and Joseph, PO Box 59838, Schaumburg, IL 60159-0838 |
| 5020451 | + | Hathaway Homes Group, LLC c/o Gary Rainsdon, Trust, PO Box 506, Twin Falls, ID 83303-0506 |
| 4891353 | + | Hyrum Erickson, 25 N. 2nd E., Rexburg 83440-1618 |
| 4942842 | | Idaho State Insurance Fund, 1215 W. State Street, P.O. Box 83720, Boise, ID 83720-0044 |
| 4890147 | + | Kenneth Dale and Audrey Lynn Wallace, c/o MARK W. BUCKWALTER, 40 2nd Street East, Suite 222, Kalispell, MT 59901-6113 |
| 4890146 | + | MARK W. BUCKWALTER, 40 2nd Street East, Kalispell, MT 59901-6110 |
| 4891354 | + | Robert Edwards, 25 N. 2nd E., Rigby, Andrus & Rigby, Attn: Hyrum Erick, PO Box 250, Rexburg, ID 83440-0250 |
| 4849101 | | Shaun L Peck, Esq, Peck Hadfield Baxter Moore, PLLC, 399 N Main St Ste 300, Logan, UT 84321-3993 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4879510 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 00:07:00 | Internal Revenue Service, ATTN: Julie Jones, 550 W Fort St, Boise, ID 83724-0101 |
| 5021220 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Apr 28 2021 00:07:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 4849102 | | Email/Text: info@taglend.com | Apr 28 2021 00:07:00 | TAG Lending, LLC, PO Box 4689, Logan, UT 84323-4689 |
| 5025458 | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Apr 28 2021 00:07:00 | United States Trustee, 720 Park Boulevard, Suite 220, Boise, ID 83712-7785 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4858168 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Unit, 550 West Fort Street, Boise, Idaho 83724 |
| 4860593 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4859119 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4859118 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0976-4     User: admin     Page 2 of 2
Date Rcvd: Apr 27, 2021     Form ID: pdf015     Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021     Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

**Name**     **Email Address**

Daniel C Green
    on behalf of Creditor TAG Lending LLC dan@racinelaw.net, mcl@racinelaw.net

David Wayne Newman
    on behalf of U.S. Trustee US Trustee david.w.newman@usdoj.gov ustp.region18.bs.ecf@usdoj.gov

Heidi Buck Morrison
    on behalf of Creditor TAG Lending LLC heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

Hyrum Dean Erickson
    on behalf of Creditor Robert Edwards herickson@rex-law.com

Jason Ronald Naess
    on behalf of Interested Party Gary Rainsdon jason@pmt.org

Jay A Kohler
    on behalf of Debtor All Terrain LLC cindy@kohlerlawif.com jaykohler@live.com

Kirsten A Ocker
    on behalf of Creditor Idaho State Insurance Fund c/o Kirsten Ocker kirsten.ocker@idahosif.org

Mary P Kimmel
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

R Sam Hopkins
    samhopkins@rsh7trustee.com ID13@ecfcbis.com

Rhett Michael Miller
    on behalf of Interested Party Gary Rainsdon rhett@pmt.org

Steven L Taggart
    on behalf of Interested Party Paul & Mikki Hathaway staggart@olsentaggart.com rparson@olsentaggart.com;Taggartoffice01@gmail.com

Thomas Daniel Smith
    on behalf of Trustee R Sam Hopkins tsmith8206@cableone.net

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

William M Humphries
    on behalf of Creditor Internal Revenue Service bill.humphries@usdoj.gov jessica.black@usdoj.gov

William R Forsberg
    on behalf of Interested Party Wade Hathaway forsbergw@cableone.net krmunoz@forsberglawoffices.com;forsergwr82697@notify.bestcase.com

TOTAL: 15