# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re: ALL TERRAIN LLC  § Case No. 17-40999
  §
  §
  §
  Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. Sam Hopkins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $18,724.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $673,700.71 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $133,898.70 | | |

3) Total gross receipts of $843,123.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $35,524.58 (see **Exhibit 2**), yielded net receipts of $807,599.41 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $92,189.11 | $106,349.11 | $106,349.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $42,549.59 | $42,549.59 | $27,549.59 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $21,191.60 | $51,268.81 | $21,268.81 | $21,268.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,724,908.17 | $6,158,549.04 | $3,951,194.68 | $652,431.90 |
| **TOTAL DISBURSEMENTS** | $3,746,099.77 | $6,344,556.55 | $4,121,362.19 | $807,599.41 |

4) This case was originally filed under chapter 11 on 11/13/2017, and it was converted to chapter 7 on 02/28/2019. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2021    By: /s/ R. Sam Hopkins
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| NO ADDRESS, 25 ACRES OF UNIMPROVED LAND, FREMONT COUNTY | 1110-000 | $156,000.00 |
| STREET ADDRESS UNKNOWN RAY, ND, , 50% MEMBERSHIP INTEREST IN ACE LAND HOLDINGS LLC, AN IDAHO LIMITED LIABILITY COMPANY. | 1110-000 | $80,000.00 |
| 50% MEMBERSHIP INTEREST IN EAGLE ALLIANCE, LLC, AN IDAHO LIMITED LIABILITY COMPANY. OTHER 50% OWNER IS ALBATROSS MANAGEM | 1129-000 | $94,117.50 |
| 50% membership interest in GIR Properties, LLC, an Idaho limited liability company. The other 50% owner is Albatross Man | 1129-000 | $443,882.50 |
| 2000 DODGE 1/2 TON PICKUP | 1229-000 | $5,000.00 |
| ALL MISCELLANEOUS MOBILE HOME AND RV PARTS AT 2155 YELLOWSTONE , ST. ANTHONY | 1229-000 | $2,000.00 |
| ALL MISCELLANEOUS TOOLS LOCATED AT 2155 YELLOWSTONE, ST. ANTHONY | 1229-000 | $2,000.00 |
| ALL OFFICE FURNITURE AND EQUIPMENT LOCATED AT 2155 YELLOWSTONE | 1229-000 | $2,000.00 |
| CHECKING ACCOUNT AT WELLS FARGO BANK, IDAHO FALLS, IDAHO | 1229-000 | $1,795.55 |
| CHECKING ACCOUNT AT ZIONS BANK, IDAHO FALLS, IDAHO | 1229-000 | $721.83 |
| ENCLOSED UTILITY TRAILER | 1229-000 | $1,000.00 |
| FLATBED TRAILERS - 3 | 1229-000 | $1,500.00 |
| FORKLIFT LOCATED AT 2155 YELLOWSTONE, ST. ANTHONY | 1229-000 | $1,500.00 |
| IDAHO STATE INSURANCE FUND REFUND | 1229-000 | $6,450.52 |
| MACHINERY AND EQUIPMENT | 1229-000 | $5,000.00 |
| MOBILE HOME TITLED TO DEBTOR LOCATED IN REXBURG, IDAHO. | 1229-000 | $15,100.00 |
| POST PETITION INVENTORY | 1229-000 | $15,000.00 |
| SEMI TRUCK VIN ENDING 40083 | 1229-000 | $5,000.00 |
| SPECIAL BOND ACCOUNT ACCOUNT AT CITIZENS COMMUNITY BANK, IDAHO FALLS, IDAHO | 1229-000 | $5,021.09 |
| STATE OF IDAHO WITHHOLDING REFUND | 1229-000 | $35.00 |
| **TOTAL GROSS RECEIPTS** | | **$843,123.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ALBATROSS MANAGEMENT GROUP | ALBATROSS 50% OF RP PROCEEDS | 8500-002 | $35,524.58 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$35,524.58** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - R. Sam Hopkins | 2100-000 | NA | $43,629.97 | $43,629.97 | $43,629.97 |
| Trustee, Expenses - R. Sam Hopkins | 2200-000 | NA | $491.14 | $491.14 | $491.14 |
| Auctioneer Fees - PRIME TIME AUCTIONS | 3610-000 | NA | $0.00 | $0.00 | $0.00 |
| Fees, United States Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Costs to Secure/Maintain Property - ACE LANDHOLDINGS LLC | 2420-000 | NA | $893.21 | $893.21 | $893.21 |
| Costs re Sale of Property - ALLIANCE TITLE | 2500-000 | NA | $1,210.00 | $1,210.00 | $1,210.00 |
| Costs re Sale of Property - COSTS OF SALE | 2500-000 | NA | $2,030.00 | $2,030.00 | $2,030.00 |
| Other State or Local Taxes (post-petition) - ALLIANCE TITLE | 2820-000 | NA | $140.34 | $140.34 | $140.34 |
| Other State or Local Taxes (post-petition) - FREMONT COUNTY TREASURER | 2820-000 | NA | $2,023.47 | $2,023.47 | $2,023.47 |
| Other State or Local Taxes (post-petition) - REAL PROPERTY TAXES 1/1/19-10/01/19 | 2820-000 | NA | $2,120.83 | $2,120.83 | $2,120.83 |
| Attorney for Trustee Fees (Other Firm) - SPINNER, WOOD, AND SMITH | 3210-000 | NA | $37,923.50 | $37,923.50 | $37,923.50 |
| Attorney for Trustee Expenses (Other Firm) - SPINNER, WOOD, AND SMITH | 3220-000 | NA | $328.55 | $328.55 | $328.55 |
| Accountant for Trustee Fees (Other Firm) - JORDAN & COMPANY, CHARTERED | 3410-000 | NA | $393.80 | $393.80 | $393.80 |
| Accountant for Trustee Expenses (Other Firm) - JORDAN & COMPANY, CHARTERED | 3420-000 | NA | $29.30 | $29.30 | $29.30 |
| Realtor for Trustee Fees (Real Estate Commissions) - JILL KJORSTAD | 3510-000 | NA | $0.00 | $4,800.00 | $4,800.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - PAUL BLASKOVITCH | 3510-000 | NA | $0.00 | $9,360.00 | $9,360.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $92,189.11 | $106,349.11 | $106,349.11 |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - BRYAN SNARR | 6410-000 | NA | $3,410.60 | $3,410.60 | $3,410.60 |
| Special Counsel Fees (Chapter 11) - JAY KOHLER | 6210-600 | NA | $38,377.28 | $38,377.28 | $23,377.28 |
| Attorney for D-I-P Expenses - JAY KOHLER | 6220-170 | NA | $761.71 | $761.71 | $761.71 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$42,549.59** | **$42,549.59** | **$27,549.59** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | DEPT OF THE TREASURY | 5800-000 | $21,191.60 | $21,221.81 | $21,221.81 | $21,221.81 |
| 4 | KENNETH AND AUDREY WALLACE | 5800-000 | NA | $30,000.00 | $0.00 | $0.00 |
| 8 | IDAHO STATE TAX COMMISSION | 5800-000 | NA | $47.00 | $47.00 | $47.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$21,191.60** | **$51,268.81** | **$21,268.81** | **$21,268.81** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1Z | INTERNAL REVENUE SERVICE | 7300-000 | NA | $2,225.12 | $2,225.12 | $0.00 |
| 2 | TAG LENDING, LLC | 7100-000 | $3,723,108.17 | $3,860,984.70 | $3,860,984.70 | $638,563.32 |
| 3 | US DEPT OF TREASURY | 7300-000 | $0.00 | $4,130.37 | $4,130.37 | $0.00 |
| 5 | ROBERT EDWARDS | 7100-000 | NA | $100,230.01 | $0.00 | $0.00 |
| 6 | IDAHO STATE INSURANCE FUND | 7100-000 | NA | $606.48 | $606.48 | $100.30 |
| 7 | HATHAWAY HOMES GROUP, LLC | 7100-000 | NA | $2,190,372.36 | $83,248.01 | $13,768.28 |
| N/F | Atlantic Casualty Insurance c/o Brown and Joseph | 7100-000 | $1,800.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,724,908.17** | **$6,158,549.04** | **$3,951,194.68** | **$652,431.90** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-40999 | Trustee Name: | (320130) R. Sam Hopkins |
| --- | --- | --- | --- |
| Case Name: | ALL TERRAIN LLC | Date Filed (f) or Converted (c): | 02/28/2019 (c) |
| | | § 341(a) Meeting Date: | 05/01/2019 |
| For Period Ending: | 08/04/2021 | Claims Bar Date: | 05/09/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 50% MEMBERSHIP INTEREST IN EAGLE ALLIANCE, LLC, AN IDAHO LIMITED LIABILITY COMPANY. OTHER 50% OWNER IS ALBATROSS MANAGEMENT GROUP, LLC. EAGLE ALLIANCE OWNS AN 18 UNIT MOBILE HOME PARK LOCATED IN SUGAR CITY, IDAHO. THERE ARE NO LOANS AGAINST THE PROPERTY. VALUE OF DEBTOR'S 1/2 INTEREST IS APPROXIMATELY $150,000., 50.00% OWNERSHIP, VALUATION METHOD: APPRAISAL | 150,000.00 | 150,000.00 | | 94,117.50 | FA |
| 2 | STREET ADDRESS UNKNOWN RAY, ND, , 50% MEMBERSHIP INTEREST IN ACE LAND HOLDINGS LLC, AN IDAHO LIMITED LIABILITY COMPANY. OTHER 50% OWNER IS ALBATROSS MANAGEMENT GROUP, LLC. ACE LAND HOLDINGS LLC HAS NO ASSETS AND NO INCOME FROM AND AFTER NOVEMBER 1, 2017. PREVIOUSLY IT OWNED A 1/2 INTERREST IN A TRI-PLEX IN RAY, NORTH DAKOTA. ON NOVEMBER 1,2017, THIS PROPERTY WAS DEEDED TO ALL TERRAIN LLC AND ALBATROSS MANAGEMENT GROUP, LLC, WHO ARE THE CURRENT EQUAL OWNERS OF THE TRI-PLEX., FEE SIMPLE, VALUATION METHOD: DEBTOR'S ESTIMAT | 87,500.00 | 87,500.00 | | 80,000.00 | FA |
| 3 | CHECKING ACCOUNT AT WELLS FARGO BANK, ST ANTHONY, ID CHECKING #4963<br>DKT#21 12/7/17 | 1,114.00 | 1,114.00 | | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE<br>DKT#21 ON 12/7/17 | 4,800.00 | 4,800.00 | | 0.00 | FA |
| 5 | 50% membership interest in GIR Properties, LLC, an Idaho limited liability company. The other 50% owner is Albatross Management Group LLC. GIR Properties owns 18 to 20 older rental mobile homes. approximate value of Debtor's 1/2 interest is $157,500.<br>DKT#21 12/07/17 | 157,500.00 | 157,500.00 | | 443,882.50 | FA |
| 6 | NO ADDRESS, 25 ACRES OF UNIMPROVED LAND, FREMONT COUNTY<br>FEE SIMPLE, RECENT APPRAISAL<br>DKT#21 12/07/17 | 50,000.00 | 0.00 | | 156,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 17-40999 | Trustee Name: | (320130) R. Sam Hopkins |
| Case Name: | ALL TERRAIN LLC | Date Filed (f) or Converted (c): | 02/28/2019 (c) |
| | | § 341(a) Meeting Date: | 05/01/2019 |
| For Period Ending: | 08/04/2021 | Claims Bar Date: | 05/09/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | MACHINERY AND EQUIPMENT (u)<br>INCLUDED IN SALE BY T DKT 225<br>DKT#40 ON 3/2/18<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 4,220.00 | 4,220.00 | | 5,000.00 | FA |
| 8 | ENCLOSED UTILITY TRAILER (u)<br>INCLUDED IN SALE BY T DKT 225<br>DKT#40 ON 3/2/18<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 9 | FLATBED TRAILERS - 3 (u)<br>INCLUDED IN SALE BY T DKT 225<br>DKT#40 03/02/18<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 10 | SEMI TRUCK VIN ENDING 40083 (u)<br>INCLUDED IN SALE BY T DKT 225<br>PER PURCHASE AGREEMENT DKT#79 (ORDER DKT#99)<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 5,000.00 | FA |
| 11 | 2000 DODGE 1/2 TON PICKUP (u)<br>INCLUDED IN SALE BY T DKT 225<br>PER PURCHASE AGREEMENT DKT#79 (ORDER DKT#99)<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 5,000.00 | FA |
| 12 | ALL MISCELLANEOUS TOOLS LOCATED AT 2155 YELLOWSTONE, ST. ANTHONY (u)<br>INCLUDED IN SALE BY T DKT 225<br>PER PURCHASE AGREEMENT DKT#79 (ORDER DKT#99)<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 2,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 17-40999  
**Case Name:** ALL TERRAIN LLC  
**For Period Ending:** 08/04/2021

**Trustee Name:** (320130) R. Sam Hopkins  
**Date Filed (f) or Converted (c):** 02/28/2019 (c)  
**§ 341(a) Meeting Date:** 05/01/2019  
**Claims Bar Date:** 05/09/2019

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | ALL MISCELLANEOUS MOBILE HOME AND RV PARTS AT 2155 YELLOWSTONE , ST. ANTHONY (u)  INCLUDED IN SALE BY T DKT 225  PER PURCHASE AGREEMENT DKT#79 (ORDER DKT#99)  07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 2,000.00 | FA |
| 14 | FORKLIFT LOCATED AT 2155 YELLOWSTONE, ST. ANTHONY (u)  INCLUDED IN SALE BY T DKT 225  PER PURCHASE AGREEMENT DKT#79 (ORDER DKT#99)  07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 1,500.00 | FA |
| 15 | ALL OFFICE FURNITURE AND EQUIPMENT LOCATED AT 2155 YELLOWSTONE (u)  INCLUDED IN SALE BY T DKT 225  PER PURCHASE AGREEMENT DKT#79 (ORDER DKT#99)  07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 2,000.00 | FA |
| 16 | CHECKING ACCOUNT AT WELLS FARGO BANK, IDAHO FALLS, IDAHO (u)  07/11/2019 (AWILLIAMS) Dkt#250 amended sch b and F -added Wells Fargo Bank checking DV$1790.45 | 1,790.45 | 1,790.45 | | 1,795.55 | FA |
| 17 | CHECKING ACCOUNT AT ZIONS BANK, IDAHO FALLS, IDAHO (u)  07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added Zions Bank checking DV$721.83 | 721.83 | 721.83 | | 721.83 | FA |
| 18* | 50% interest in Titleist LLC (u) (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 19 | STATE OF IDAHO WITHHOLDING REFUND (u) | 35.00 | 35.00 | | 35.00 | FA |
| 20 | IDAHO STATE INSURANCE FUND REFUND (u) | 6,094.52 | 6,094.52 | | 6,450.52 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| Case No.: | 17-40999 | Trustee Name: | (320130) R. Sam Hopkins |
| --- | --- | --- | --- |
| Case Name: | ALL TERRAIN LLC | Date Filed (f) or Converted (c): | 02/28/2019 (c) |
| | | § 341(a) Meeting Date: | 05/01/2019 |
| For Period Ending: | 08/04/2021 | Claims Bar Date: | 05/09/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 21 | POST PETITION INVENTORY (u)<br><br>INCLUDED IN SALE BY T DKT 225<br><br>98 ALPENLITE, 05 SCHULT, 02 OAKWOOD<br><br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added biz equipment (attachment A-- just list from sales notice) DV$40K | 0.00 | 0.00 | | 15,000.00 | FA |
| 22 | SPECIAL BOND ACCOUNT ACCOUNT AT CITIZENS COMMUNITY BANK, IDAHO FALLS, IDAHO (u)<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added Citizens Community Bank special bond account DV$5K | 5,000.00 | 5,000.00 | | 5,021.09 | FA |
| 23 | MOBILE HOME TITLED TO DEBTOR LOCATED IN REXBURG, IDAHO.<br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added mobile home located in Rexburg DV$10K | 10,000.00 | 10,000.00 | | 15,100.00 | FA |
| 24 | PENDING PROPERTY DAMAGE CLAIM FILED WITH PROGRESSIVE. AMOUNT REQUESTED: $6,810.00<br>07/15/2019 (AWILLIAMS) rcvd fr Progressive a ltr re matthew rolfes re claim not covered b/c the cargo was not a covered property<br><br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added pending property damage claim filed w/ Progressive DV$6810 | 6,810.00 | 6,810.00 | | 0.00 | FA |
| 25 | PENDING CLAIM FOR UNPAID CONTRACT BALANCE MADE AGAINST LANGITSCH BROS HOMES. AMOUNT REQUESTED: $6,000.00<br>10/21/2019 (AWILLIAMS) ltr fr Wayne Jennings re he was previously contacted by Paul re dispute, but at that time he told him made no sense to get involved in a suit 200 plus miles away. Feelings have not changed in interim.  If you wish to pursue, you should contact an attorney in Missoula County rather than Jennings--- PASS ITA<br><br>07/11/2019 (AWILLIAMS) Dkt#250 amended sch b -added pending claim for unpaid contract balance made against Langitsch Bros Homes DV$6K | 6,000.00 | 6,000.00 | | 0.00 | FA |
| **25** | Assets Totals (Excluding unknown values) | **$494,085.80** | **$444,085.80** | | **$843,123.99** | **$0.00** |

RE PROP# 18    Property in RX

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 5

| | |
|---|---|
| **Case No.:** 17-40999 | **Trustee Name:** (320130) R. Sam Hopkins |
| **Case Name:** ALL TERRAIN LLC | **Date Filed (f) or Converted (c):** 02/28/2019 (c) |
| | **§ 341(a) Meeting Date:** 05/01/2019 |
| **For Period Ending:** 08/04/2021 | **Claims Bar Date:** 05/09/2019 |

**Major Activities Affecting Case Closing:**

    5/26/21 DKT367 ORDER TO DISBURSE

    04/27/2021 (AWILLIAMS) Chapter 7 Trustee's Notice of Final Report and Application for Compensation Filed by Trustee R Sam Hopkins (RE: related document(s)[363] Trustee's Final Report and Application for Compensation and Reimbursement of Expenses Filed by U.S. Trustee US Trustee. (Office of the U.S. Trustee, jfiles1) filed by U.S. Trustee US Trustee). (Hopkins, R) --obj by 5/24/21

    04/26/2021 (AWILLIAMS) Trustee's Final Report and Application for Compensation and Reimbursement of Expenses Filed by U.S. Trustee US Trustee. (Office of the U.S. Trustee, jfiles1)
    FINAL

**Initial Projected Date Of Final Report (TFR):** 04/30/2020     **Current Projected Date Of Final Report (TFR):** 02/16/2021 (Actual)

| 08/04/2021 | /s/R. Sam Hopkins |
|---|---|
| Date | R. Sam Hopkins |

UST Form 101-7-TDR ( 10 /1/2010)

Form 2 — Exhibit 9

# Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 17-40999 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | ALL TERRAIN LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8160 | Account #: | ******0500 Checking |
| For Period Ending: | 08/04/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/12/19 | {17} | ZIONS BANK | BANK ACCT | 1229-000 | 721.83 | | 721.83 |
| 03/12/19 | {16} | WELLS FARGO | BANK ACCT | 1229-000 | 1,790.45 | | 2,512.28 |
| 03/26/19 | {19} | ISTC | 2018 WITHHOLDING REFUND | 1229-000 | 35.00 | | 2,547.28 |
| 05/14/19 | {20} | IDAHO STATE INSURANCE FUND | STATE INSURANCE REFUND | 1229-000 | 6,094.52 | | 8,641.80 |
| 05/21/19 | {21} | JAY A KOHLER | PMT ON SALE DKT#225 | 1229-000 | 5,000.00 | | 13,641.80 |
| 05/21/19 | | WELLS FARGO BANK | FINAL PMT ON SALE DKT#225 | | 35,000.00 | | 48,641.80 |
| | {21} | | SALE OF POST PET INVENTORY $10,000.00 | 1229-000 | | | |
| | {8} | | SALE OF UTILITY TRLR $1,000.00 | 1229-000 | | | |
| | {9} | | SALE OF FLATBED TRLRS-3 $1,500.00 | 1229-000 | | | |
| | {10} | | SALE OF SEMI TK $5,000.00 | 1229-000 | | | |
| | {11} | | SALE OF 00 DODGE $5,000.00 | 1229-000 | | | |
| | {14} | | SALE OF FORKLIFT $1,500.00 | 1229-000 | | | |
| | {7} | | SALE OF MACHINERY & EQUIPMENT $5,000.00 | 1229-000 | | | |
| | {12} | | SALE OF TOOLS $2,000.00 | 1229-000 | | | |
| | {13} | | SALE OF MISC PARTS $2,000.00 | 1229-000 | | | |
| | {15} | | SALE OF OFFICE EQUIP $2,000.00 | 1229-000 | | | |
| 05/21/19 | {5} | CYPRESS POINT PROPERTIES | EARNEST MONEY ON SALE OF BUSINESS INTERESTS | 1129-000 | 53,882.50 | | 102,524.30 |
| 06/03/19 | {22} | CITIZENS COMMUNITY BANK | BANK ACCT BALANCE | 1229-000 | 5,021.09 | | 107,545.39 |
| 06/25/19 | {16} | WELLS FARGO BANK | REFUND FEE | 1229-000 | 5.10 | | 107,550.49 |
| 06/25/19 | 101 | ACE LANDHOLDINGS LLC | ESTATE'S SHARE OF MONTHLY INSURANCE AND UTILITIES | 2420-000 | | 185.32 | 107,365.17 |
| 06/25/19 | 102 | ACE LANDHOLDINGS LLC | EXPENSES FOR SERVICES | 2420-000 | | 90.25 | 107,274.92 |
| 07/10/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9791 | Transition Debit to Metropolitan Commercial Bank acct 3910059791 | 9999-000 | | 107,274.92 | 0.00 |

| | COLUMN TOTALS | 107,550.49 | 107,550.49 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 107,274.92 | |
| | Subtotal | 107,550.49 | 275.57 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $107,550.49 | $275.57 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 17-40999 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | ALL TERRAIN LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8160 | Account #: | ******9791 Checking Account |
| For Period Ending: | 08/04/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/19 | | Transfer Credit from Rabobank, N.A. acct ******0500 | Transition Credit from Rabobank, N.A. acct 5025670500 | 9999-000 | 107,274.92 | | 107,274.92 |
| 07/23/19 | 1000 | ACE LANDHOLDINGS LLC | ESTATE'S SHARE OF MONTHLY EXPENSES RE RAY ND RP | 2420-000 | | 82.75 | 107,192.17 |
| 07/29/19 | | ZIONS BANK | SETTLEMENT FROM CYPRESS POINT PROPERTIES | | 484,117.50 | | 591,309.67 |
| | {5} | | estate interest in GIR properties llc $390,000.00 | 1129-000 | | | |
| | {1} | | estate interest in eagle alliance llc $94,117.50 | 1129-000 | | | |
| 09/10/19 | {23} | MH MAINTENANCE | WIRE FROM MH MAINTENANCE FOR EARNEST MONEY ON MANUFACTURED HOME | 1229-000 | 1,500.00 | | 592,809.67 |
| 10/01/19 | | NORTH DAKOTA GUARANTY AND TITLE COMPANY | SALE OF ESTATE 50% INTEREST IN RAY ND RP | | 35,524.59 | | 628,334.26 |
| | {2} | | SALE OF RAY N.D. REAL PROPERTY $80,000.00 | 1110-000 | | | |
| | | JILL KJORSTAD JILL KJORSTAD | REALTOR COMMISSION -$4,800.00 | 3510-000 | | | |
| | | WILLIAMS COUNTY, ND | REAL PROPERTY TAXES 1/1/19-10/01/19 -$2,120.83 | 2820-000 | | | |
| | | NORTH DAKOTA GUARANTY AND TITLE COMPANY | COSTS OF SALE -$2,030.00 | 2500-000 | | | |
| | | ALBATROSS MANAGEMENT GROUP | ALBATROSS 50% OF RP PROCEEDS -$35,524.58 | 8500-002 | | | |
| 10/04/19 | 1001 | ACE LANDHOLDINGS LLC | ESTATE'S SHARE OF JULY-SEPT RAY ND EXPENSES | 2420-000 | | 325.42 | 628,008.84 |
| 10/22/19 | {23} | CYPRESS POINT PROPERTIES LLC | DOWN PMT ON MOBILE HOME | 1229-000 | 1,500.00 | | 629,508.84 |
| 10/24/19 | {23} | CYPRESS POINT PROPERTIES LLC | MH DOWN PMT REJECTED FAILED SECURITY CHECK | 1229-000 | -1,500.00 | | 628,008.84 |
| 11/01/19 | {23} | ZIONS BANK | FULL PAYMENT FOR 2015 MANUFACTURED HOME | 1229-000 | 15,100.00 | | 643,108.84 |
| 11/01/19 | 1002 {23} | MH MAINTENANCE | REFUND OF EARNEST MONEY ON RP | 1229-000 | -1,500.00 | | 641,608.84 |
| 12/03/19 | | ALLIANCE TITLE | SALE OF GRAVEL PIT | | 143,406.53 | | 785,015.37 |
| | {6} | | SALE OF GRAVEL PIT, ST ANTHONY $156,000.00 | 1110-000 | | | |
| | | PAUL BLASKOVITCH | REALTOR COMMISSION -$9,360.00 | 3510-000 | | | |
| | | FREMONT COUNTY TREASURER | 2018 PROPERTY TAXES -$1,088.12 | 2820-000 | | | |
| | | FREMONT COUNTY TREASURER | 2019 PROPERTY TAXES TO 11/20/19 -$935.35 | 2820-000 | | | |

Page Subtotals:    $785,423.54    $408.17

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2     Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 17-40999 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | ALL TERRAIN LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8160 | Account #: | ******9791 Checking Account |
| For Period Ending: | 08/04/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | ALLIANCE TITLE | CLOSING COSTS  -$1,210.00 | 2500-000 | | | |
| 12/06/19 | 1003 | ALLIANCE TITLE | REFUND OVERPAYMENT ON FILE 455853 | 2820-000 | | 140.34 | 784,875.03 |
| 01/13/20 | 1004 | ACE LANDHOLDINGS LLC | ESTATE'S SHARE OF SEPT THRU OCT UTILITIES - FINAL | 2420-000 | | 209.47 | 784,665.56 |
| 01/22/20 | {20} | STATE INSURANCE FUND | REFUND OF CREDIT BALANCE WORKERS COMP INSURANCE | 1229-000 | 356.00 | | 785,021.56 |
| 04/03/20 | 1005 | JORDAN & COMPANY, CHARTERED | FEES/EXP PER ORDER 3/27/20 | | | 423.10 | 784,598.46 |
| | | JORDAN & COMPANY, CHARTERED | FEES  $393.80 | 3410-000 | | | |
| | | JORDAN & COMPANY, CHARTERED | EXP  $29.30 | 3420-000 | | | |
| 02/16/21 | 1006 | SPINNER, WOOD, AND SMITH | FEES/EXP PER ORDER 2/9/21 | | | 38,252.05 | 746,346.41 |
| | | SPINNER, WOOD, AND SMITH | FEES  $37,923.50 | 3210-000 | | | |
| | | SPINNER, WOOD, AND SMITH | EXP  $328.55 | 3220-000 | | | |
| 06/01/21 | 1007 | R. Sam Hopkins | Combined trustee compensation & expense dividend payments. | | | 44,121.11 | 702,225.30 |
| | | R. Sam Hopkins | Claims Distribution - Thu, 04-22-2021  $43,629.97 | 2100-000 | | | |
| | | R. Sam Hopkins | Claims Distribution - Thu, 04-22-2021  $491.14 | 2200-000 | | | |
| 06/01/21 | 1008 | UNITED STATES TRUSTEE | Final Distribution payment - Dividend paid at 100.00% of $975.00; Claim # 9; Filed: $975.00 | 2950-000 | | 975.00 | 701,250.30 |
| 06/01/21 | 1009 | BRYAN SNARR | Final Distribution payment - Dividend paid at 100.00% of $3,410.60; Claim # ; Filed: $3,410.60 | 6410-000 | | 3,410.60 | 697,839.70 |
| 06/01/21 | 1010 | JAY KOHLER | Combined payments for claim number , | | | 24,138.99 | 673,700.71 |
| | | JAY KOHLER | Claims Distribution - Thu, 04-22-2021  $23,377.28 | 6210-600 | | | |
| | | JAY KOHLER | Claims Distribution - Thu, 04-22-2021  $761.71 | 6220-170 | | | |
| 06/01/21 | 1011 | DEPT OF THE TREASURY | Final Distribution payment - Dividend paid at 100.00% of $21,221.81; Claim # 1P; Filed: $21,221.81 | 5800-000 | | 21,221.81 | 652,478.90 |
| 06/01/21 | 1012 | IDAHO STATE TAX COMMISSION | Final Distribution payment - Dividend paid at 100.00% of $47.00; Claim # 8; Filed: $47.00 | 5800-000 | | 47.00 | 652,431.90 |

Page Subtotals:     $356.00     $132,939.47

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 17-40999 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | ALL TERRAIN LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8160 | Account #: | ******9791 Checking Account |
| For Period Ending: | 08/04/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/01/21 | 1013 | TAG LENDING, LLC | Final Distribution payment - Dividend paid at 16.54% of $3,860,984.70; Claim # 2; Filed: $3,860,984.70 | 7100-000 | | 638,563.32 | 13,868.58 |
| 06/01/21 | 1014 | IDAHO STATE INSURANCE FUND | Final Distribution payment - Dividend paid at 16.54% of $606.48; Claim # 6; Filed: $606.48 | 7100-000 | | 100.30 | 13,768.28 |
| 06/01/21 | 1015 | HATHAWAY HOMES GROUP, LLC | Final Distribution payment - Dividend paid at 16.54% of $83,248.01; Claim # 7; Filed: $2,190,372.36 | 7100-000 | | 13,768.28 | 0.00 |

| | COLUMN TOTALS | | | | 785,779.54 | 785,779.54 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 107,274.92 | 0.00 | |
| | Subtotal | | | | 678,504.62 | 785,779.54 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $678,504.62 | $785,779.54 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-40999 | **Trustee Name:** | R. Sam Hopkins (320130) | |
| **Case Name:** | ALL TERRAIN LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***8160 | **Account #:** | ******9791 Checking Account | |
| **For Period Ending:** | 08/04/2021 | **Blanket Bond (per case limit):** | $51,601,059.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0500 Checking | $107,550.49 | $275.57 | $0.00 |
| ******9791 Checking Account | $678,504.62 | $785,779.54 | $0.00 |
| | **$786,055.11** | **$786,055.11** | **$0.00** |

08/04/2021                                          /s/R. Sam Hopkins
_____                                  _____
Date                                                    R. Sam Hopkins

UST Form 101-7-TDR (10 /1/2010)